**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMES WASHINGTON, ET AL.**                                                                 **PLAINTIFFS**

**VS.**                              **CASE NO. 4:06CV00883 JMM**

**DR. ROY G. BROOKS, ET AL.**                                                           **DEFENDANTS**

**ORDER**

Pending before the Court is plaintiffs' Motion to Reconsider Order Allowing Discovery and defendants' response. For the reasons stated below, the motion is granted in part and denied in part (#36).

On May 9, 2008, the Court entered an Order allowing defendants to depose plaintiffs after the discovery deadline had passed. Plaintiffs filed a Motion to Reconsider contending that it would be prejudicial to allow defendants to depose them after the discovery deadline had passed. The Court held a hearing on the Motion to Reconsider on May 16, 2008.

At the hearing, defendants argued that there was an agreement to extend based upon the possibility that the case would settle after mediation. Defendants presented the Court with a copy of an e-mail exchange between counsel on July 17, 2007, in which plaintiffs' counsel stated that he had no objection to an extension of the discovery deadline. Plaintiffs' counsel does not dispute the e-mail exchange, but he understood the agreement to be that defendants would seek an order from the Court setting a new discovery deadline.

The Court finds that there was an agreement to extend the discovery deadline and that while plaintiffs' counsel may not have intended to have the discovery deadline extended until mediation had been completed, his agreement had that effect.

Based upon this agreement, the Court will allow defendants to depose plaintiffs. However, because this trial is scheduled for June 30, 2008, the Court will place certain restrictions on the depositions. Defendants may depose each plaintiff for a period of two hours exclusive of objections by plaintiffs. The depositions are to be completed on, or before, June 16, 2008.

Plaintiffs have requested copies of hearing transcripts of Fair Teacher Dismissal Act proceedings in which defendants counsel asked questions of plaintiffs James Washington, Angela Munn, and Cassandra Norman. Counsel for defendants is to notify the Court on, or before, 2:00 p.m. on May 19, 2008, whether a court reporter transcribed these proceedings, and if there are such transcripts, they shall be turned over to plaintiffs on, or before, May 23, 2008.

IT IS SO ORDERED THIS  16  day of   May  , 2008.

_____
James M. Moody
United States District Judge