## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES WASHINGTON, ET AL.**                                                         **PLAINTIFFS**

**VS.**                     **CASE NO. 4:06CV00883 JMM**

**DR. ROY G. BROOKS, ET AL.**                                                        **DEFENDANTS**

### ORDER

For good cause shown, the deadline for the parties to file their proposed findings of fact and conclusions of law, and their trial briefs is extended to 5:00 p.m. on Wednesday, June 25, 2008.

IT IS SO ORDERED THIS   20   day of   June  , 2008.

_____
James M. Moody
United States District Judge