# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES WASHINGTON, ET AL.**                                                      **PLAINTIFFS**

**VS.**                          **CASE NO. 4:06CV00883 JMM**

**DR. ROY G. BROOKS, ET AL.**                                                      **DEFENDANTS**

## ORDER

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed with prejudice.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 45 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.  Each party shall bear its own costs and fees herein.

IT IS SO ORDERED this   28   day of   July  , 2008.


_____
James M. Moody
United States District Judge